UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST<br>  Plaintiff,<br><br>v.<br><br>MICHAEL T. FURCOLO<br>KACY M. FURCOLO<br>ASSET ACCEPTANCE, LLC<br>WEST BAY RECOVERY<br>  Defendant(s) | Civil Action No. 1:23-cv-63-MSM-LDA<br><br>October 3, 2023 |

## **MOTION FOR SUMMARY JUDGMENT**

Plaintiff, pursuant to Rule 56(f), Fed.R.Civ.P. and Local Rule Cv 56, hereby moves for the entry of Summary Judgment on Count I Verified Complaint, as against answering defendant Kacy M. Furcolo. In support of said motion, plaintiff relies on its memorandum of law, verified complaint, submitted affidavits and Statement of Undisputed Facts submitted pursuant to Local Rule Cv 56(a).

          U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust
By its attorney

__David A. Shaw_____
David A. Shaw, Esq. (RI Bar No. 3497)
Demerle Hoeger LLP
10 City Square, 4th Floor
Boston, MA 02129
(617) 337-4444
(617) 337-4496 (fax)
DSHAW@DHNewEngland.com

## CERTIFICATE OF SERVICE

      I, David A. Shaw, Esq., hereby certify that on October 3, 2023 I caused the foregoing to be filed through the electronic filing system on all parties registered therein to receive notice in this case.

      I additionally caused a copy of the foregoing to be transmitted, via U.S. Mail, First Class, to:

Kacy M. Furcolo
10 O'Rieley Court
Richmond, RI 02812

/s/ David A. Shaw

David A. Shaw, Esq. RI Bar #3497